# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| ASSOCIATION FOR FINANCIAL COUNSELING AND PLANNING EDUCATION<br>79 S. State Street, Suite D3<br>Westerville, Ohio 43081<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NACCC, Inc.<br>209 6th Street<br>Indialantic, Florida 32903<br><br>　　　　Defendant. | Case No. 2:16-cv-00994-EAS-KAJ<br><br>Chief Judge Edmund A. Sargus, Jr.<br>Magistrate Judge Jolson<br><br><br>**ORDER OF DISMISSAL:**<br>**TERMINATION ENTRY** |

Pursuant to the stipulation of the parties and good cause appearing, the above entitled action is dismissed. Each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　6-26-2017
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE